**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDWARD K. WILSON,** | : | |
|     Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 06-CV-2608** |
| | : | |
| **LEON KING, ET AL.,** | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, on this \_\_\_\_ day of February, 2010, upon consideration of Plaintiff's Motion to Strike Defendants' Answer to Third Amended Complaint (Doc. 80) and Defendants' Response in Opposition thereto (Doc. 84), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED**.

                                                    **BY THE COURT:**

                                                    **/s/ Petrese B. Tucker**

                                                    _____

                                                    **Hon. Petrese B. Tucker, U.S.D.J.**